UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME SANDOVAL,<br><br>        Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>        Defendant. | No. CV-05-241-FVS<br><br>ORDER OF DISMISSAL |

**BEFORE THE COURT** is the Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), Ct. Rec. 3.  Dismissal is appropriate in this action because the Defendant has not yet served its answer and because the Court has been advised that the parties have settled their dispute.  Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE**.

**DATED** this <u>14th</u> day of December, 2005.

                                    <u>s/Fred Van Sickle</u>
                                       Fred Van Sickle
                            United States District Judge

ORDER OF DISMISSAL - 1